# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.: 18-243-KD-MU |
| | ) | |
| CARL DALE BRYARS, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 25) and without any objection having been filed by the parties, the Defendant Carl Dale Bryars's plea of guilty to Count One of the Indictment is now accepted and Bryars is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **January 25, 2019** at **3:00 p.m. in Courtroom 4B** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama 36602 under separate order.

**DONE** the 14th day of November 2018.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**